# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DAVID PAMPLIN,<br><br>Petitioner<br><br>v.<br><br>WARDEN ELY STATE PRISON, et al.,<br><br>Respondents | Case No.: 3:18-cv-00382-RCJ-CBC<br><br>**ORDER** |

Petitioner John David Pamplin has submitted a § 2254 petition for a writ of habeas corpus and has now paid the filing fee (ECF No. 1-1). The court has reviewed his petition and motion for stay; the motion shall be denied, and the petition shall be dismissed as set forth below.

Pamplin presents no basis whatsoever to support his bare motion for a stay and abeyance while he exhausts claims in state court related to his 2002 state judgment of conviction (*see* ECF No. 8). Further, the court takes judicial notice of the proceedings in case no. 3:08-cv-00007-RCJ-VPC. In that case, initiated by Pamplin in 2008, Pamplin sought federal habeas corpus relief from the same state court conviction. His petition was dismissed on January 14, 2011, and this court denied a certificate of appealability (ECF Nos. 34 and 35 in case no. 3:08-cv-00007-RCJ-

VPC). Pamplin appealed, and the Ninth Circuit Court of Appeals denied his request for a certificate of appealability on December 20, 2011 (ECF No. 44 in case no. 3:08-cv-00007-RCJ-VPC). Pamplin petitioned the United States Supreme Court for certiorari, and the petition for certiorari was denied on May 14, 2012 (ECF No. 45 in case no. 3:08-cv-00007-RCJVPC). On June 11, 2018, Pamplin filed a "Request for Rehearing on Original and Amended Petitions" (ECF No. 46 in case no. 3:08-cv-00007-RCJ-VPC). That motion was denied on June 18, 2018 (ECF No. 48 in case no. 3:08-cv-00007-RCJ-VPC). Pamplin appealed from the June 18, 2018, order, and the court of appeals denied his request for a certificate of appealability on November 16, 2018 (ECF No. 52 in case no. 3:08-cv-00007-RCJ-VPC).

Pamplin has presented no basis whatsoever to support his bare motion for stay of this habeas matter, and in light of the proceedings in case no. 3:08-cv-00007-RCJ-VPC, this action will be summarily dismissed.

**IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the petition (ECF No. 1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT FURTHER ORDERED** that petitioner's motion to stay case (ECF No. 8) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: This 18th day of April, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE